ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| RAE Construction, LLC | ) ASBCA No. 62169 |
| | ) |
| Under Contract No. N62473-16-G-1831 | ) |

APPEARANCE FOR THE APPELLANT:       Brett W. Johnson, Esq.
    Snell & Wilmer LLP
    Phoenix, AZ

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Anthony K. Hicks, Esq.
    Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 14, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62169, Appeal of RAE Construction, LLC, rendered in conformance with the Board's Charter.

Dated:  October 14, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals